### BURTIS v. VALENTINE.

(Supreme Court, General Term, Second Department. July 28, 1893.)

Proceeding by Harriet A. Burtis to hold Nathaniel B. Valentine, as executor of the will of George B. Valentine, liable for damages resulting from alleged fraudulent sales of testator's real estate.

No opinion. Appeal withdrawn. For decision of the surrogate's court, see 23 N. Y. Supp. 289.

### GOLDBERG v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, General Term, Second Department. July 28, 1893.)

Appeal from circuit court, Westchester county.

Action by Philip Goldberg against the New York Central & Hudson River Railroad Company.

Argued before BARNARD, P. J., and PRATT, J.

William Riley, for appellant.

Frank Loomis, for respondent.

BARNARD, P. J. The plaintiff was a passenger on the defendant's road from Yonkers to Hastings. When he arrived at Hastings he got off the cars on the west side, and, as he proceeded towards the river, he was struck by a train going south. The station at Hastings is east of the track. The general facts surrounding the accident are not materially changed upon this trial from those presented upon the former appeal. The court of appeals decided therein that no negligence was proven, and that the proof of freedom from contributory negligence upon the part of plaintiff was not sufficient. Goldberg v. Railroad Co., 133 N. Y. 561, 30 N. E. Rep. 597. The judgment and order denying a new trial should be affirmed, with costs.

### In re LENT'S ESTATE.

(Supreme Court, General Term, Second Department. July 28, 1893.)

In the matter of estate of Daniel Lent, deceased.

No opinion. Order agreed upon by parties. See 22 N. Y. Supp. 917.

### McMAHON v. CITIZENS' ST. RY. CO.

(Supreme Court, General Term, Second Department. July 28, 1893.)

Action by Margaret McMahon against the Citizens' Street Railway Company.

No opinion. Appeal withdrawn.

### ZIEHEN v. SMITH.

(Supreme Court, General Term, Second Department. July 28, 1893.)

Action by William Ziehen against David J. Smith.

No opinion. Judgment affirmed, with costs for nonsubmission of papers according to stipulation.